IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRAVIS B. McKINNON,

        Petitioner,

        v.

CEDRIC TAYLOR, Warden, and
BRIAN OWENS, Commissioner,

        Respondents.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV614-018

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondents' Motion to Dismiss is **GRANTED**. McKinnon's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** as it was not timely filed. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _28th_ day of _July_, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)